UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **v.** | § § § § | **CASE NO. 4:24-CR-00027-BD** |
| **STEPHANIE YORK (5)** | § | |

## ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND FINDING DEFENDANT GUILTY

The Court referred this matter to the United States Magistrate Judge for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The Magistrate Judge conducted a hearing in the form and manner prescribed by Rule 11 and issued Findings of Fact and Recommendation on Guilty Plea. The Magistrate Judge recommended that the Court accept Defendant's guilty plea and adjudge Defendant guilty on Count One of the Information.

The parties have not objected to the Magistrate Judge's findings.

The Court hereby **ADOPTS** the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate Judge. The Court also accepts Defendant's plea but defers acceptance of the plea agreement until after review of the presentence report.

In accordance with Defendant's guilty plea, the Court finds Defendant Stephanie York **GUILTY** of Count One of the Information, charging a violation of Title 18 U.S.C. § 371 - Conspiracy to Obstruct the Passage of Mail.

1

In accordance with the defendant's consent to trial before a magistrate judge, (Dkt. 231), the case is referred to the Honorable Bill Davis, United States Magistrate Judge, for judgment and sentencing. *See* 28 U.S.C. § 636(b)(3); E.D. Tex. Crim. R. 59(d).

**So ORDERED and SIGNED this 30th day of June, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE